# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CURTIS McGUIRE, SR., et al.,

      Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　Case No. 04-72044

CITY OF ALLEN PARK, et al.,　　　　　　Honorable Arthur J. Tarnow
　　　　　　　　　　　　　　　　　　　United States District Judge

      Defendants.
_____/

## ORDER CORRECTING COURT'S ORDER OF JULY 27, 2005

The Court's "Order Regarding Various Motions" [56] is hereby corrected to reflect that Defendant Dobson's motion for partial summary judgment [27] was **GRANTED.**

    **IT IS SO ORDERED.**


                        s/Arthur J. Tarnow
                        Arthur J. Tarnow
                        United States District Judge

Dated: July 29, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 29, 2005, by electronic and/or ordinary mail.

                        s/Theresa E. Taylor
                        Case Manager

2:04-cv-72044-AJT-DAS   Doc # 57   Filed 07/29/05   Pg 2 of 2    Pg ID 948